_____

No. 96-2948
_____

Calvin J. Weber,                        *
                                        *
            Appellant,                  *
                                        *   Appeal from the United States
      v.                                *   District Court for the
                                        *   Eastern District of Missouri.
United States of America,               *
                                        *            [UNPUBLISHED]
            Appellee.                   *


_____

          Submitted:  October 2, 1996

            Filed:  October 10, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


      Calvin J. Weber, a former civilian Army engineer, appeals from the
district court's[1] dismissal of his suit under the Federal Tort Claims Act
(FTCA) for failure to state a claim.  We have reviewed the record, and
conclude dismissal was proper.  Accordingly, we affirm pursuant to 8th Cir.
R. 47A(a).


      A true copy.


          Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.


_____

      [1]The Honorable Donald J. Stohr, United States District Judge
for the Eastern District of Missouri.